B6B (Official Form 6B) (12/07)

In re  **Dennis Michael Thiel, Jr**            Case No. __15-60071__
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.
   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Account** True Star Bemidji (Additional Security for loan) | - | 100.00 |
| | | **Savings Account Trust Account as a minor settlement for son Broady Theil** | - | 5,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Normal household goods and furnishng** | - | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | - | 750.00 |
| | | | - | 0.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                Sub-Total >     **8,350.00**
                                                            (Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Dennis Michael Thiel, Jr**                                                                 , Case No.  **15-60071**
                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2014 Income tax refund | - | 7,236.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Social Security Disability backpay award | - | 130,000.00 |
| | | Wage claim for overtime wages which was incurred but not paid. | - | 2,500.00 |

Sub-Total >      **139,736.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Dennis Michael Thiel, Jr**                                            Case No. __**15-60071**__
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1967 Chevy Comaro. This car is in an unrestored condition. It bairly drives and needs major work to be road ready.** | - | 4,000.00 |
| | | **2002 Saturn, 135,000** | - | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | 5,000.00 |
|---|---|---|
|  | Total > | 153,086.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re  Dennis Michael Thiel, Jr , Case No. __15-60071__
Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** SW 1/4 of SW 1/4, less 660 feet, Section 16, Township 147, Range 32. (20 Acres) | Minn. Stat. §§ 510.01, 510.02 | 72,000.00 | 72,000.00 |
| **Household Goods and Furnishings** Normal household goods and furnishng | Minn. Stat. § 550.37 subd. 4(a) | 2,500.00 | 2,500.00 |
| **Wearing Apparel** Clothing | Minn. Stat. § 550.37 subd. 4(a) | 750.00 | 750.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** Social Security Disability backpay award | 42 U.S.C. § 407 | 130,000.00 | 130,000.00 |
| Wage claim for overtime wages which was incurred but not paid. | 15 U.S.C. § 1673 | 1,875.00 | 2,500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2002 Saturn, 135,000 | Minn. Stat. § 550.37 subd. 12a | 1,000.00 | 1,000.00 |

Total: 208,125.00  208,750.00

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

(11/14)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re
Dennis Michael Thiel, Jr

Debtor(s).

SIGNATURE DECLARATION
(For use in electronically filed cases only)

Case No. 15-60071

- [ ] PETITION, SCHEDULES & STATEMENTS
- [ ] CHAPTER 13 PLAN
- [ ] VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
- [x] AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
- [ ] MODIFIED CHAPTER 13 PLAN
- [ ] OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM\ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: April 10, 2015

X _/s/ Dennis Michael Thiel, Jr_
Signature of Debtor or Authorized Representative

X _____
Signature of Joint Debtor

**Dennis Michael Thiel, Jr**
Printed Name of Debtor or
Authorized Representative

_____
Printed Name of Joint Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF MINNESOTA

In Re:

Dennis Michael Theil, Jr.                                           File No. 15-60071
                                                                    Declaration of Service
                       DEBTORS.

      Michael R. Ruffenach, declares under penalty of perjury, that he served Amended Schedule B and C   on all  the parties of interest,

 in the following manner upon the person(s) or business(es) listed above, by mailing the same to the address listed, mailing it first class and depositing the same in the post Office in Bemidji, MN 56601 on April 20, 2015.

     Attached Matrix                                  Trustee and US Trustee, electronically

Dated: April 20, 2015

                                                          /e/ Michael R. Ruffenach
                                                          Michael R. Ruffenach, 94298
                                                          23665 Otter Dr.
                                                          Laporte, MN 56461
                                                           (218) 751-6116

AFFINITY PLUS CREDIT U
175 W LAFAYETTE RD
SAINT PAUL MN 55107

AMEX
PO BOX 297871
FORT LAUDERDALE FL 33329

APFCU
175 W LAFAYETTE RD
SAINT PAUL MN 55107

CAP1/POLRS
90 CHRISTIANA RD
NEW CASTLE DE 19720

COMENITY BANK/GNDRMNT
PO BOX 182789
COLUMBUS OH 43218

MESSERLI & KRAMER, PA
ATTN:  DERICK N. WEBER
3033 CAMPUS DR, STE 250
MINNEAPOLIS MN 55411

SYNCB/JCP
PO BOX 965007
ORLANDO FL 32896

Jon T. Husby
Fuller, Wallner, Cayko,
Pederson & Husbye
Box 880
Bemidji, MN 56619-0880

TRUSTARFCU
2313 TRUESTAR LN
BEMIDJI MN 56601

WEBBANK/DFS
1 DELL WAY
ROUND ROCK TX 78682